CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.426-1889
Fax: 916.443-2124
Attorneys for Defendant COUNTY OF SACRAMENTO

Patrick H. Dwyer, SBN 137743
P.O. Box 1705
Penn Valley, CA 95946
Grass Valley, CA 95949
Telephone: (530) 432-5407
Fax: (530) 432-9122
Email: pdwyer@pdwyerlaw.com
Attorney for Plaintiff ARAM MKRTCHYAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM MKRTCHYAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SACRAMENTO COUNTY, CALIFORNIA, a county government and the operator of the Sacramento County Sheriff's Department and its Correctional Health Services Division; and the following persons as individual and in their capacity as officials, employees or contractors of Sacramento County: R. SCOTT JONES; GRANT NUGENT; DEPUTY DOMINGUEZ; DEPUTY YANG; DEPUTY GROUT; DEPUTY MEIER; and DOES 1-40, inclusive, <br><br> Defendants. | Case No.: 2:17-CV-2366-TLN-KJN <br><br> **STIPULATION TO EXTEND TIME TO DEFENDANT COUNTY OF SACRAMENTO TO FILE A RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT AND; ORDER THEREON** |

WHEREAS, on December 5, 2017, Plaintiff filed a First Amended Civil Complaint for Damages in the United Stated District Court for the Eastern District of California, Sacramento, Case, No.: 2:17-CV-2366-TLN-KJN;

///

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT COUNTY OF SACRAMENTO TO FILE RESPONSIVE PLEADING
Case No. 2:17-CV-2366-TLN-KJN

1

WHEREAS, on December 11, 2017, Plaintiff served the First Amended Civil Complaint on the County of Sacramento;

WHEREAS, on December 28, 2017, the County of Sacramento retained Robert Chalfant as lead defense counsel in this matter;

WHEREAS, Defendant County of Sacramento's response to the Complaint was due to be filed by January 2, 2018;

WHEREAS, there is currently a dispute as to whether Plaintiff properly served Defendants in this matter;

WHEREAS, in order to resolve the dispute regarding service, Counsel for the County of Sacramento has agreed to seek authorization to waive service from each of the named defendants;

WHEREAS, resolving the service issues would allow one responsive pleading to be filed, instead of several being filed at different times;

WHEREAS, counsel for Defendant County of Sacramento and Plaintiff have met and conferred in an attempt to resolve these issues prior to Defendant filing a motions to quash or dismiss;

WHEREAS, in an attempt to avoid motions practice, counsel have agreed that the County of Sacramento may have an extension of time up to and including February 2, 2018, within which to file its Responsive pleading, in any manner permitted under the Federal Rules of Civil Procedure;

NOW THEREFORE, the parties by way of their attorneys stipulate as follows:

1.  Defendant County of Sacramento may have an extension of time up to and including February 2, 2018, within which to file its Responsive pleading to the First Amended Complaint in any manner permitted under the Federal Rules of Civil Procedure.

///
///
///
///

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT COUNTY OF SACRAMENTO TO FILE RESPONSIVE PLEADING
Case No. 2:17-CV-2366-TLN-KJN

2

///

IT IS SO STIPULATED.

DATE: January 3, 2018                CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendant COUNTY OF SACRAMENTO

DATE: January 3, 2018

/s/Patrick H. Dwyer
PATRICK H. DWYER
Attorney for Plaintiff ARAM MKRTCHYAN

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Defendant, County of Sacramento, may have an extension of time up to and including February 2, 2018, within which to file a Responsive pleading to Plaintiff's First Amended Complaint; in any manner permitted under the Federal Rules of Civil Procedure;

IT IS SO ORDERED.

Dated: January 4, 2018

Troy L. Nunley
United States District Judge

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT COUNTY OF SACRAMENTO TO FILE RESPONSIVE PLEADING
Case No. 2:17-CV-2366-TLN-KJN

3