Patrick H. Dwyer (SBN 137743)
P.O. Box 1705
Penn Valley, CA  95946
Tel: (530) 432-5407; Fax: (530) 432-9122
Email:  pdwyer@pdwyerlaw.com
Attorney for Plaintiff, Aram Mkrtchyan

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Matthew W. Gross, SBN 324007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT R. JONES, GRANT NUGENT, DEPUTY DOMINGUEZ, DEPUTY YANG, DEPUTY GROUT and DEPUTY MEIER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM MKRTCHYAN, | CASE NO. 2:17-cv-02366 TLN-KJN |
| Plaintiff, | **STIPULATION TO FILING OF THIRD AMENDED COMPLAINT WITH ORDER** |
| v. | |
| SACRAMENTO COUNTY, CALIFORNIA, a county government and the operator of the Sacramento County Sheriff's Department and its Correctional Health Services Division; and the following persons as individuals and in their capacity as officials, employees or contractors of Sacramento County; R. SCOTT JONES; GRANT NUGENT; DEPUTY DOMINGUEZ; DEPUTY YANG; DEPUTY GROUT; DEPUTY MEIER, and DOES 1-40, inclusive, | Complaint Filed:  11/12/2017 |
| Defendants. / | |

**Whereas**, as a result of continued discovery in the subject action Plaintiff has determined that Nancy Gallaher should be added as a defendant and that all other Doe defendants should be dismissed;

**Whereas**, Plaintiff prepared a draft Third Amended Complaint adding Nancy Gallagher and deleting all other Doe defendants and sent the draft Third Amended Complaint to counsel for Defendants Sacramento County, Grant Nugent, and Deputies Dominguez, Yang, Grout, and Meier for review;

**Whereas**, Defendants have reviewed the Third Amended Complaint and agree to its filing by stipulation and order of the court.

**Now therefore**, the parties by and through their respective counsel of record stipulate as follows:

1. Plaintiffs may file the Third Amended Complaint.

**It is so stipulated**.

                                        Respectfully submitted,

                                        PATRICK H. DWYER

Dated: July 27, 2021

                                        By <u>/s/ Patrick H. Dwyer</u>
                                            Patrick H. Dwyer
                                            Attorneys for Plaintiff

Dated: July 27, 2021              PORTER SCOTT
                                        A PROFESSIONAL CORPORATION

                                        By <u>/s/ Carl L. Fessenden</u>
                                            Carl L. Fessenden
                                            Matthew W. Gross
                                            Attorneys for Defendants

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

**ORDER**

Based upon the Stipulation to File a Third Amended Complaint submitted by the parties and good cause being shown, IT IS HEREBY ORDERED THAT:

1. Plaintiff may file the Third Amended Complaint within ten (10) days of this Order; and
2. All dates in the Pre-Trial Scheduling Order shall remain in effect.

**IT IS SO ORDERED.**

DATED: July 27, 2021

Troy L. Nunley
United States District Judge