**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Matthew W. Gross, SBN 324007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO,
SCOTT R. JONES, GRANT NUGENT, DEPUTY DOMINGUEZ,
DEPUTY YANG, DEPUTY GROUT, DEPUTY MEIER and NANCY GALLAGHER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM MKRTCHYAN, | CASE NO. 2:17-cv-02366 TLN-KJN |
| Plaintiff, | **DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF REQUESTING LEAVE FOR PAGE LIMIT INCREASE TO MOTION FOR SUMMARY JUDGMENT; ORDER** |
| v. | |
| SACRAMENTO COUNTY, CALIFORNIA, a county government and the operator of the Sacramento County Sheriff's Department and its Correctional Health Services Division; and the following persons as individuals and in their capacity as officials, employees or contractors of Sacramento County; R. SCOTT JONES; GRANT NUGENT; DEPUTY DOMINGUEZ; DEPUTY YANG; DEPUTY GROUT; DEPUTY MEIER, and DOES 1-40, inclusive, | Complaint Filed: 11/12/2017 |
| Defendants. | |

Defendants COUNTY OF SACRAMENTO, SCOTT R. JONES, GRANT NUGENT, DEPUTY DOMINGUEZ, DEPUTY YANG, DEPUTY GROUT, DEPUTY MEIER and NANCY GALLAGHER ("Defendants") file this motion for administrative relief and seek leave from the Court to file a five (5) page limit extension to Defendants' Motion for Summary Judgment.

Eastern District Local Rule 233 sets for the procedure for filing a motion for administrative relief:

(1) must be labeled as a motion for administrative relief;
(2) may not exceed 5 pages (excluding declarations and exhibits);
(3) must set forth specifically the action requested, the reasons supporting the request, and relevant background information (such as a description of any similar relief that has previously been granted);
(4) must be accompanied by a proposed order;
(5) must include a statement setting forth the position of all parties affected by the motion, or a statement explaining why such position could not be ascertained; and
(6) if manually filed, must be delivered with all attachments on all parties on the same day the motion is filed.

Furthermore, this Court's Standing Orders set for the requirements for seeking a page limit extension when filing a Motion for Summary Judgement.

Defendants seek a five (5) page extension to file Defendants' Motion for Summary Judgment because Plaintiff's operative complaint contains 12 separate claims for relief—many of which are asserted against 7 Defendants in total. The claims against the individual Defendants involve separate and distinct actions over multiple months and Defendants Motion for Summary Judgment will need to address each of the separate claims and distinct actions from each of the Defendants. To sufficiently address the claims against each Defendant within the Motion for Summary Judgment, Defendants need an additional five page extension (for a total of 25 pages) to file the Motion for Summary Judgment. This is the first time Defendants' have requested such relief.

The parties had a phone call prior to the filing of the motion and agree to a page limit extension as long as Plaintiff is provided 25 pages to provide an Opposition to the Motion for Summary Judgment. The parties also discussed Plaintiff's filing his own separate Motion for Summary Judgment. Finally, the parties agreed to use the June 2, 2022 hearing date for each parties Motion for Summary Judgment.

Dated:  April 14, 2022                                              PORTER SCOTT
                                                                                        A PROFESSIONAL CORPORATION

/s/ Matthew Gross

---
  Carl L. Fessenden
  Matthew W. Gross
  Attorneys for Defendants

# ORDER

This Court hereby **GRANTS** Defendants COUNTY OF SACRAMENTO, SCOTT R. JONES, GRANT NUGENT, DEPUTY DOMINGUEZ, DEPUTY YANG, DEPUTY GROUT, DEPUTY MEIER and NANCY GALLAGHER ("Defendants") motion for administrative relief and permits Defendants to file a **five (5)** page limit extension to Defendants' Motion for Summary Judgment. Defendants Motion for Summary Judgment shall not exceed **25 pages**. Plaintiff will be provided an opportunity to file a **five (5)** page limit extension in Opposition to Defendants' Motion for Summary Judgment. **No increase will be made as to the Reply page limit**.

Dated: 4/14/2022

Troy L. Nunley
United States District Judge